UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW M. CHESS,

          Plaintiff,

-vs-                            Case No. 6:08-cv-1072-Orl-28GJK

APEX HOSPITALITY MANAGEMENT, INC.,

          Defendant.

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 14) filed November 19, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 1, 2008 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement (Doc. No. 14) is **GRANTED** to the extent that the Court finds the parties' settlement is fair and reasonable.

    3.    This case is dismissed with prejudice.

    4.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23___ day of December, 2008.

                                                      JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party